# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> vs. <br><br> L. J. ROTUNNO CONCRETE CONSTRUCTION, INC., a California corporation, also known as L. J. ROTUNNO CONCRETE CONSTRUCTION; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:20-cv-00236-JLS-DRM <br><br> **JUDGMENT** |

On July 21, 2020, the Court entered default judgment in favor of Plaintiffs and against Defendant L. J. Rotunno Concrete Construction, Inc.  Accordingly,

- 1 -

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $2,936.58 |
| 2. | Liquidated damages based on original contributions | $1,418.58 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C. 1132 (g)(2) (7% per annum) pursuant to the Trust Agreements from the due date to July 24, 2020 (accruing at $0.84 per day) | $610.71 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | $635.52 |
| | **TOTAL** | **$5,601.39** |
| 5. | Eligible litigation costs under Local Rule 54-3. | |
| 6. | Post-judgment interest in accordance with 28 U.S.C. § 1961(a). | |

Additionally, the Court ordered Defendant to submit to an audit of its business records for the period January 1, 2015 through December 31, 2018 pursuant to section 118 of the Master Labor Agreement (the "MLA").

DATED: July 21, 2020

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE